MATTHEW A. VAN WINKLE, assignee &c., appellant,

v.

CHARLES H. ISHAM et al., executors, respondents.

*Messrs. Collins & Corbin,* for appellant.

*Mr. S. H. Little,* for C. H. Isham, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Van Winkle* v. *Williams, 11 Stew. Eq. 105.*

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor.

AARON HAYS, appellant,

v.

CHARLES STINES, respondent.

*Mr. John Schomp,* for appellant.

*Mr. George O. Vanderbilt,* for respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Stines* v. *Hays, 9 Stew. Eq. 364.*

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor.